UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| **KEYS MEDICAL STAFFING, LLC,** | Case No. _____ |
| Debtor. | |

### APPLICATION TO APPROVE EMPLOYMENT OF DEBTOR'S ATTORNEYS

The above-captioned Debtor and Debtor-in-possession (the "**Debtor**"), files this Application to Approve Employment of Debtor's Attorneys pursuant to 11 U.S.C. § 327 and in support thereof, respectfully represents as follows:

1. On June 27, 2022 (the "**Petition Date**"), the Debtor commenced this case by filing a voluntary petition for relief under subchapter v of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"). The Debtor has continued in possession of its property and is operating and managing its business as Debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtor wishes to employ the law firm of Rountree Leitman Klein & Geer, LLC ("**Rountree Leitman Klein & Geer**") as its attorneys.

3. The Debtor has selected Rountree Leitman Klein & Geer for the firm's experience and qualifications as Debtor's counsel in commercial bankruptcy cases.

4. The professional services that Rountree Leitman Klein & Geer is to render include:

    a. Giving the Debtor legal advice with respect to its powers and duties as Debtor-in-Possession in the management of its property;

    b. Preparing on behalf of the Debtor as Debtor-in-Possession necessary schedules, applications, motions, answers, orders, reports and other legal matters;

1

c. Assisting in examination of the claims of creditors;

d. Assisting with formulation and preparation of the disclosure statement and plan of reorganization and with the confirmation and consummation thereof; and

e. Performing all other legal services for the Debtor as Debtor-in-Possession that may be necessary herein.

5. To the best of the Debtor's knowledge, Rountree Leitman Klein & Geer has no connection with the creditors, or any other party-in-interest, or their respective attorneys.

6. The terms of employment of Rountree Leitman Klein & Geer agreed to by the Debtor-in-Possession, subject to the approval of the Court, are that certain attorneys and other personnel within the firm will undertake this representation at their standard hourly rates:

| Attorney: | Standard Hourly Rate: |
|---|---|
| William A. Rountree | $495.00 |
| Will B. Geer | $450.00 |
| Hal Leitman | $425.00 |
| David S. Klein | $425.00 |
| Alexandra Dishun | $425.00 |
| Benjamin R. Keck | $425.00 |
| Barret Broussard | $395.00 |
| Ceci Christy | $350.00 |
| Elizabeth Childers | $350.00 |
| Caitlyn Powers | $275.00 |
| Law Clerks: | Standard Hourly Rate: |
| Zach Beck | $195.00 |

Doc ID: 095391f35ae90325fc392ecd01fb7194d7fbcddf

| Paralegals: | Standard Hourly Rate: |
|---|---|
| Sharon M. Wenger | $195.00 |
| Megan Winokur | $150.00 |
| Catherine Smith | $150.00 |

The standard hourly rates charged by Rountree Leitman Klein & Geer attorneys, law clerks, and paralegals are subject to change in the future. Rountree Leitman Klein & Geer will make periodic application for interim compensation.

7. Rountree Leitman Klein & Geer received into trust a $20,000.00 retainer pre-petition from the Debtor's principals. This retainer is intended as a security retainer and not a general retainer. Rountree Leitman Klein & Geer maintains a security interest in the funds under applicable law.

8. The Debtor has an immediate need for counsel and will suffer irreparable harm if Rountree Leitman Klein & Geer is not employed without delay. *See* Fed. R. Bankr. P. 6003. The Debtor requires the advice of counsel concerning the preparation of its schedules and statement of financial affairs and needs counsel present to comply with the US Trustee's requests for an initial debtor interview, preparation of documents requested by the US Trustee's Office, and to appear for the Section 341 meeting of creditors.

9. Rountree Leitman Klein & Geer represents no interest adverse to the Debtor as Debtor-in-Possession or the estate in the matters upon which it is to be engaged for the Debtor-in-Possession, and its employment would be in the best interest of this estate. *See* Declaration of William A. Rountree, attached hereto as **Exhibit A** and incorporated herein by reference.

Doc ID: 095391f35ae90325fc392ecd01fb7194d7fbcddf

~ 4 ~

WHEREFORE, the Debtor prays that the Court enter an order approving its employment of Rountree Leitman Klein & Geer as counsel under the terms specified to represent it as Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code, and that it have such other and further relief as is just and proper.

Dated:  June 28, 2022                               **Keys Medical Staffing, LLC**

By:_____
Christy Collins, COO

## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| **KEYS MEDICAL STAFFING, LLC,** | Case No. _____ |
| Debtor. | |

## DECLARATION OF WILLIAM A. ROUNTREE

STATE OF GEORGIA
COUNTY OF DEKALB

The undersigned hereby makes the following declaration:

1. I am over the age of 18 and am a resident of the State of Georgia. I suffer no legal disabilities, and if called as a witness, I could testify completely to the facts set forth herein upon personal knowledge.

2. I am a partner with the law firm of Rountree Leitman Klein & Geer, LLC (hereinafter referred to as "**Firm**"). I am duly admitted to practice law in the State of Georgia, in the United States District Court, Northern District of Georgia, and Circuit Court of Appeals for the Eleventh Circuit. The Firm's offices are located at Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329.

3. I am one of the founding partners of the Firm, which was established January 1, 2018.

4. I will oversee the professional services in this case. I earned my bachelor's degree from Emory University and my law degree from the University of Florida, where I was on the editorial board of the Journal of Law and Public Policy. I began my legal career in 1999 serving as Law Clerk to the Honorable Steven H. Friedman, former United States Bankruptcy Judge for the Southern District of Florida.

5. I am a member of the Georgia Bar Association and Atlanta Bar Association. I have been published in numerous bar journals, newsletters, and other publications and have lectured at dozens of seminars on bankruptcy, workout and foreclosure issues. I have also served on the Continuing Legal Education Board of Trustees and the Board of the Bankruptcy Section for the Atlanta Bar Association and volunteered regularly for Atlanta Legal Aid.

Doc ID: 095391f35ae90325fc392ecd01fb7194d7fbcddf

6. There are presently ten attorneys in my Firm, and their names and credentials are listed on the Firm's website, https://www.rlkglaw.com/.

7. To the best of my knowledge, neither I nor any attorney in my Firm is owed any monies by the Debtor or has ever represented the Debtor in any capacity.

8. I have reviewed the Schedules filed by the Debtor in this case and to the best of my knowledge, neither I nor any attorneys in my Firm represent any of the scheduled creditors in matters relating to this case.

9. With respect to my connections with the United States Trustee or any persons employed in the Office of the United States Trustee, by virtue of my being a bankruptcy practitioner in the Northern District of Georgia for over twenty years, I know many individuals employed in the office of the United States Trustee, including R. Jeneane Treace, Johnathan S. Adams, Thomas Dworschak, Lindsay Kolba, Vanessa A. Leo, Martin P. Ochs, Shawna P. Staton, and David Weidenbaum. I have never represented the interests of any member of the office of the United States Trustee, and my involvement with all persons associated with the Office of United States Trustee has been on a professional basis as opposed to a social or business basis. One of the Firm's associate attorneys, Elizabeth Childers, previously worked with Vanessa A. Leo at a prior firm from July 2017 to December 2019.

10. Based on the foregoing, to the best of my knowledge:

   a. I am, and every person in my Firm is, a "disinterested person" as defined by § 101(14) of the Bankruptcy Code, regarding the aforementioned Debtor;

   b. Neither I nor any member of my Firm holds or represents an interest adverse to this estate;

   c. Except as specified herein, neither I nor any member of my Firm has had any business, professional or other connection with the aforementioned Debtors, attorneys, creditors, or any party in interest, their respective attorneys and accountants, United States Trustee, or any person employed in the office of the United States Trustee or any other party-at-interest in this proceeding which would be adverse to this estate; and

   d. Neither I nor any member of my Firm is related to any judge of this court, nor so connected now with any judge of this court as to render such appointment of any bankruptcy judge in the Northern District of Georgia improper. One of the Firm's partners, Benjamin Keck, served as law clerk to Judge Sacca from 2012-14 and one associate, Caitlyn Powers, served as law clerk to Judge Cavender from 2020-2021, but otherwise the Firm has no connections.

Doc ID: 095391f35ae90325fc392ecd01fb7194d7fbcddf

~ 7 ~

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2022          /s/ William A. Rountree
                              William A. Rountree
                              Georgia Bar No. 616503

Doc ID: 095391f35ae90325fc392ecd01fb7194d7fbcddf



Audit Trail

| | |
|---|---|
| **TITLE** | Keys Medical- Application to Employ RLK.pdf |
| **FILE NAME** | Keys%20Medical-%2...0Employ%20RLK.pdf |
| **DOCUMENT ID** | 095391f35ae90325fc392ecd01fb7194d7fbcddf |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| SENT | **06 / 28 / 2022**<br>14:07:39 UTC | Sent for signature to Christy Collins-French (ccollinsfrench@keysmedicalstaffing.com) from echilders@rlklawfirm.com<br>IP: 24.99.79.244 |
| VIEWED | **06 / 28 / 2022**<br>15:16:32 UTC | Viewed by Christy Collins-French (ccollinsfrench@keysmedicalstaffing.com)<br>IP: 166.196.54.125 |
| SIGNED | **06 / 28 / 2022**<br>15:16:44 UTC | Signed by Christy Collins-French (ccollinsfrench@keysmedicalstaffing.com)<br>IP: 166.196.54.125 |
| COMPLETED | **06 / 28 / 2022**<br>15:16:44 UTC | The document has been completed. |

Powered by HELLOSIGN