# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **KEYS MEDICAL STAFFING, LLC,** | Subchapter V |
| Debtor. | Case No. 22-20573 |

## NOTICE OF FILING REVISED CASH COLLATERAL BUDGET

The Debtor hereby files this Notice of Revised Cash Collateral Budget, attaching hereto as **Exhibit A** the Debtor's revised proposed cash collateral budget (the "**Budget**"), for the next six weeks, through August 27, 2022. This Budget shall supersede the budget contained in the Motion for Authority to Use Cash Collateral [Doc. 8]. PLEASE TAKE NOTICE that the Cash Collateral Motion is hereby revised with the Budgets attached hereto as **Exhibit A**.

Dated: July 13, 2022                    **ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth A. Childers*
William A. Rountree, Ga. Bar No. 616503
Will B. Geer, Ga. Bar No. 940943
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
wgeer@rlkglaw.com
echilders@rlkglaw.com
*Proposed Attorneys for the Debtor*

## **EXHIBIT A**

**BUDGET**

## CERTIFICATE OF SERVICE

I certify that on July 13, 2022, I filed the foregoing pleading via the Court's CM/ECF system, which generates an electronic service copy thereof and delivers it to all parties registered to receive notices thereby, including the following:

- **Elizabeth Ann Childers**   echilders@rlkglaw.com, swenger@rlkglaw.com;csmith@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com
- **Will B. Geer**   wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com
- **Leon S. Jones (Sub V Trustee)**   ljones@joneswalden.com, jwdistribution@joneswalden.com
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov
- **William A. Rountree**   wrountree@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com
- **Shayna M. Steinfeld**   shayna@steinfeldlaw.com, paralegalnotices@gmail.com
- **David S. Weidenbaum**   david.s.weidenbaum@usdoj.gov

Dated: July 13, 2022

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth A. Childers*
William A. Rountree, Ga. Bar No. 616503
Will B. Geer, Ga. Bar No. 940943
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
wgeer@rlkglaw.com
echilders@rlkglaw.com
*Proposed Attorneys for the Debtor*