## Keys Medical Six Week Budget

|  | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
|  | 7/17 | 7/24 | 7/31 | 8/7 | 8/14 | 8/21 |
| **Beginning Cash:** | $ 20,524.56 | $349,633.73 | $296,326.96 | $287,757.51 | $266,299.73 | $282,080.36 |
| **Total Inflows:** | | | | | | |
| Whiteside | | | $ 1,382.40 | $ 1,382.40 | $ 1,382.40 | $ 1,382.40 |
| Sunbelt | | | $ 12,889.32 | | $ 27,895.00 | |
| liberty village of princeton | | | | | $ 8,352.00 | $ 8,352.00 |
| medefis | | | | | $ 1,728.00 | $ 1,728.00 |
| Sava check: | $ 350,000.00 | | | | | |
| Total: | $ 350,000.00 | $ - | $ 14,271.72 | $ 1,382.40 | $ 39,357.40 | $ 11,462.40 |
| **Expenses:** | | | | | | |
| Auto Expense | $ 563.52 | $ 563.52 | $ 563.52 | $ 563.52 | $ 563.52 | $ 563.52 |
| Computer and Internet | $ 72.04 | $ 72.04 | $ 72.04 | $ 72.04 | $ 72.04 | $ 72.04 |
| **Contractors Expenses:** | | | | | | |
| Contractors: | | | | | | |
| Whiteside | $ 840.00 | $ 840.00 | $ 840.00 | $ 840.00 | $ 840.00 | $ 840.00 |
| Sunbelt | $ 5,892.60 | $ 6,452.60 | $ 7,027.00 | $ 7,027.00 | $ 7,762.60 | $ 7,762.60 |
| liberty village of Princeton | | $ 4,640.00 | $ 4,640.00 | $ 4,640.00 | $ 4,640.00 | $ 4,640.00 |
| Medefis | | | $ 960.00 | $ 960.00 | $ 960.00 | $ 960.00 |
| Keys | $ 1,360.00 | $ 1,360.00 | $ 1,360.00 | $ 1,360.00 | $ 1,360.00 | $ 1,360.00 |
| **Officer Compensation:** | | | | | | |
| Theresa Jones | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Christy Collins | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Dectric Flecther | $ 867.13 | $ 867.13 | $ 867.13 | $ 867.13 | $ 867.13 | $ 867.13 |
| **Dues & Subscriptions:** | | | | | | |
| DocuSign | $ - | $ - | $ - | $ - | $ - | $ - |
| Adobe | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 | $ 16.00 |
| G-Suite | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 | $ 120.00 |
| Microsoft | $ - | $ 99.99 | $ 99.99 | $ 99.00 | $ 99.99 | $ 99.99 |
| WebHosting | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| AMTI | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| Quickbooks | $ 88.00 | $ 88.00 | $ 88.00 | $ 88.00 | $ 88.00 | $ 88.00 |
| Social Media Management | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| Insurance | $ 544.27 | $ 544.27 | $ 544.27 | $ 544.27 | $ 544.27 | $ 544.27 |
| Subchapter V Trustee | $ 5,000.00 | | | | | |
| AP Payment to Lone Oak | | $ 16,000.00 | | | | |
| Legal Fees | | $ 16,000.00 | | | | |
| Recruitment Expense | $ 579.72 | $ 695.67 | $ 695.67 | $ 695.67 | $ 695.67 | $ 695.67 |
| Supplies | $ 138.91 | $ 138.91 | $ 138.91 | $ 138.91 | $ 138.91 | $ 138.91 |
| Telephone | $ 140.98 | $ 140.98 | $ 140.98 | $ 140.98 | $ 140.98 | $ 140.98 |
| Travel and Gas | $ 172.66 | $ 172.66 | $ 172.66 | $ 172.66 | $ 172.66 | $ 172.66 |
| **Total OutFlows:** | $ 20,890.83 | $ 53,306.77 | $ 22,841.17 | $ 22,840.18 | $ 23,576.77 | $ 23,576.77 |
| **Ending Cash:** | $349,633.73 | $296,326.96 | $287,757.51 | $266,299.73 | $282,080.36 | $269,965.99 |