**Fill in this information to identify the case:**

Debtor name: Keys Medical Staffing, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 22-20573

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Dr. Theresa Jones | | ARA Inc. d/b/a Lone Oak Payroll | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | Dr. Linnie Fletcher | | ARA Inc. d/b/a Lone Oak | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | Ms. Christy Collins | | ARA Inc. d/b/a Lone Oak | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H        Schedule H: Codebtors        page 1 of 1