**Fill in this information to identify the case:**

Debtor name: Keys Medical Staffing, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 22-20573     Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease on Chicago business space Lessee | Regus Suite, 5113 S Harper Ave #2C Chicago, IL, 60615 |
|  | State the term remaining | 6 months | |
|  | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page 1 of 1