**Fill in this information to identify the case:**

Debtor name _____Keys Medical Staffing, LLC_____

United States Bankruptcy Court for the: ____Northern District of Georgia____

(State)

Case number (If known): ____22-20573_____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................ $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................... $ ___1,472,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................................ $ ___1,472,500.00

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................... $ ___1,279,553.83

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................... $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................................... **+**$ ___36,580.86

4. **Total liabilities**...................................................................................................................... $ ___1,316,134.69
   Lines 2 + 3a + 3b