United States Bankruptcy Court

IN RE: Case No. 22-20573

Keys Medical Staffing, LLC

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Linne Fletch<br>307 Carr Meadow Dr., Ridgeland, MS 39157 | 6 | General partner |
| Christy Collins-French<br>3372 Peachtree Rd NE Unit 3111, Atlanta, GA 30326 | 50 | General partner |
| Theresa Jones<br>360 E. South Water St. Unit 3001, Chicago, IL 60601 | 44 | General partner |