**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____                              Date report filed: _____
                                                                  MM / DD / YYYY

Line of business: _____            NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: 

Original signature of responsible party  ___*Theresa Jones*___

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name  _____        Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                   ❏   ❏   ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.        $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.        − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.        + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.        = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ _____

    *(Exhibit E)*

Debtor Name  _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                                         $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                                                   _____
27. What is the number of employees as of the date of this monthly report?                                                              _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                                $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____
30. How much have you paid this month in other professional fees?                                                                            $ _____
31. How much have you paid in total other professional fees since filing the case?                                                     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                                                                  $ _____
36. Total projected cash disbursements for the next month:                                                                                     − $ _____
37. Total projected net cash flow for the next month:                                                                                                  = $ _____

Debtor Name  _____    Case number_____

# ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022

Account Number: ███████6959



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00014749 DRE 111 212 18722 NNNNNNNNNNN    1 000000000 D2 0000

KEYS MEDICAL STAFFING LLC
PO BOX 10612
CHICAGO IL 60610-0537

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$17,320.02 |
| Deposits and Additions | 6 | 71,601.85 |
| ATM & Debit Card Withdrawals | 40 | -9,007.43 |
| Electronic Withdrawals | 39 | -49,682.84 |
| Ending Balance | 85 | -$4,408.44 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | Orig CO Name:Soliant Health,    Orig ID:2581970270 Desc Date:220602 CO Entry Descr:PaymentjnIsec:PPD    Trace#:091000014176067 Eed:220603    Ind ID: Ind Name:0    Keys Medical Sta Trn: 1544176067Tc | $2,882.52 |
| 06/06 | Deposit    2017268535 | 38,838.84 |
| 06/06 | Deposit    2017268537 | 17,500.00 |
| 06/10 | Orig CO Name:Dekalb County -    Orig ID:6586000814 Desc Date:    CO Entry Descr:Aja_060920Sec:CCD    Trace#:091000012233466 Eed:220610    Ind ID:10138096 Ind Name:Keys Medical Staffing | 2,421.61 |
| 06/13 | Orig CO Name:Dekalb County -    Orig ID:6586000814 Desc Date:    CO Entry Descr:Aja_061020Sec:CCD    Trace#:091000012570661 Eed:220613    Ind ID:10138188 Ind Name:Keys Medical Staffing | 1,614.80 |
| 06/17 | Orig CO Name:Soliant Health,    Orig ID:2581970270 Desc Date:220616 CO Entry Descr:PaymentjnIsec:PPD    Trace#:091000012716884 Eed:220617    Ind ID: Ind Name:0    Keys Medical Sta Trn: 1682716884Tc | 8,344.08 |
| **Total Deposits and Additions** | | **$71,601.85** |



June 01, 2022 through June 30, 2022

Account Number: 6959

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | Recurring Card Purchase 06/05 Disney Plus Burbank CA Card 9442 | $15.25 |
| 06/06 | Card Purchase          06/05 Indeed 203-564-2400 CT Card 9442 | 532.69 |
| 06/06 | Recurring Card Purchase 06/05 Intuit *Quickbooks O Cl.Intuit.Com CA Card 9442 | 87.20 |
| 06/06 | Recurring Card Purchase 06/06 Comcast Chicago 800-Comcast IL Card 9171 | 65.99 |
| 06/06 | Recurring Card Purchase 06/06 Apple.Com/Bill 866-712-7753 CA Card 9171 | 0.99 |
| 06/08 | Recurring Card Purchase 06/07 Iiq*Identityiq.Com 877-8754347 NV Card 9171 | 26.99 |
| 06/09 | Card Purchase          06/08 Indeed 203-564-2400 CT Card 9442 | 574.14 |
| 06/10 | Card Purchase          06/10 Uber   Trip Help.Uber.Com CA Card 9442 | 36.43 |
| 06/10 | Card Purchase          06/10 Park Chicago Mobile 877-242-7901 IL Card 9171 | 20.00 |
| 06/13 | Recurring Card Purchase 06/10 Mailmeteor Paris Card 9171 | 9.99 |
| 06/13 | Recurring Card Purchase 06/10 Mailmeteor Paris Card 9171 | 9.99 |
| 06/13 | Recurring Card Purchase 06/11 Self Lender 2 877-8830999 TX Card 9171 | 50.50 |
| 06/13 | Recurring Card Purchase 06/11 Tesla, Inc. Palo Alto CA Card 9171 | 107.91 |
| 06/13 | Recurring Card Purchase 06/12 Adobe Acropro Subs 408-536-6000 CA Card 9442 | 15.93 |
| 06/13 | Recurring Card Purchase 06/11 Tesla, Inc. Palo Alto CA Card 9171 | 219.40 |
| 06/13 | Recurring Card Purchase 06/11 Apple.Com/Bill 866-712-7753 CA Card 9442 | 14.99 |
| 06/13 | Recurring Card Purchase 06/11 Microsoft*Microsoft 36 Msbill.Info WA Card 9171 | 9.99 |
| 06/14 | Card Purchase          04/26 Iah Houstongeorge Bush Houston TX Card 9442 | 5.00 |
| 06/14 | Card Purchase          04/26 Iah Houstongeorge Bush Houston TX Card 9442 | 5.00 |
| 06/14 | Card Purchase          04/26 Iah Houstongeorge Bush Houston TX Card 9442 | 5.00 |
| 06/14 | Card Purchase          06/13 Amzn Mktp US*5B0Jg1A Amzn.Com/Bill WA Card 9442 | 171.26 |
| 06/14 | Card Purchase          06/13 Indeed 203-564-2400 CT Card 9442 | 546.00 |
| 06/15 | Recurring Card Purchase 06/14 Bln*Monday.Com 866-3127733 MA Card 9171 | 948.00 |
| 06/15 | Card Purchase          06/15 Google *Google Stora G.CO/Helppay# CA Card 9171 | 0.82 |
| 06/15 | Card Purchase With Pin  06/15 Bp#6450399Clipp Smyrna GA Card 9442 | 100.00 |
| 06/16 | Card Purchase          06/15 Amzn Mktp US*U06E25O Amzn.Com/Bill WA Card 9442 | 58.48 |
| 06/17 | Recurring Card Purchase 06/15 Atlanta Hawks 404-8783800 GA Card 9442 | 1,683.17 |
| 06/17 | Card Purchase          06/16 Dnh*Godaddy.Com 480-5058855 AZ Card 9171 | 20.17 |
| 06/17 | Card Purchase          06/16 Move Forward Counsel Httpsmoveforw GA Card 9171 | 150.00 |
| 06/21 | Card Purchase          06/16 The Tax Defenders Chic 800-4498012 IL Card 9171 | 500.00 |
| 06/21 | Recurring Card Purchase 06/17 Apple.Com/Bill 866-712-7753 CA Card 9442 | 13.49 |
| 06/21 | Card Purchase          06/17 Dnh*Godaddy.Com 480-5058855 AZ Card 9171 | 30.16 |
| 06/21 | Card Purchase          06/18 Amazon Music*O422M4Uu 888-802-3080 WA Card 9171 | 9.80 |
| 06/21 | Recurring Card Purchase 06/18 Amazon Prime*G84305S Amzn.Com/Bill WA Card 9442 | 14.99 |
| 06/21 | Card Purchase          06/18 Indeed 203-564-2400 CT Card 9442 | 130.80 |
| 06/21 | Card Purchase          06/18 Indeed 203-564-2400 CT Card 9442 | 545.32 |
| 06/21 | Card Purchase          06/18 Amazon Prime*7D7Iq63 Amzn.Com/Bill WA Card 9171 | 14.99 |
| 06/21 | Card Purchase          06/20 Rmg*Regus 972-340-2021 NY Card 9171 | 1,828.70 |
| 06/21 | Recurring Card Purchase 06/20 Getsling.Com Httpsgetsling NY Card 9171 | 402.95 |
| 06/21 | Recurring Card Purchase 06/20 Tu *Transunion 800-493-3292 CA Card 9171 | 24.95 |

**Total ATM & Debit Card Withdrawals**                                                                                       **$9,007.43**

## ATM & DEBIT CARD SUMMARY

Theresa L Jones  Card 9171

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,452.29 |
| Total Card Deposits & Credits | $0.00 |

Christy Latrese Collins  Card 9442



June 01, 2022 through June 30, 2022

Account Number: 6959

|  | Amount |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,555.14 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

|  | Amount |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $9,007.43 |
| Total Card Deposits & Credits | $0.00 |



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | 06/04 Online Transfer To Chk ...8994 Transaction#: 14504158571 | $404.00 |
| 06/07 | 06/07 Online Transfer To Chk ...0524 Transaction#: 14522717180 | 1,000.00 |
| 06/07 | Orig CO Name:Sp Plus Corporat     Orig ID:1611711792 Desc Date:220606 CO Entry Descr:Parking  Sec:Web   Trace#:111000024595067 Eed:220606   Ind ID:1666499       Ind Name:Theresa Jones | 260.00 |
| 06/08 | Orig CO Name:Umb Bank          Orig ID:Gs00001306 Desc Date:220607 CO Entry Descr:Umb Bank  Sec:Web   Trace#:026015076082992 Eed:220608   Ind ID:000000463072174       Ind Name:Keys Medical Staffing Trn: 1596082992Tc | 2,906.25 |
| 06/08 | Orig CO Name:Ally            Orig ID:9833122002 Desc Date:220607 CO Entry Descr:Ally Paymtsec:CCD    Trace#:021000023703486 Eed:220607   Ind ID:228030204953       Ind Name:Christy Collins Trn: 1583703486Tc | 767.80 |
| 06/08 | Orig CO Name:Google          Orig ID:F770493581 Desc Date:     CO Entry Descr:Apps_Commesec:CCD    Trace#:091000018085697 Eed:220607   Ind ID:US003Mx4Lq       Ind Name:Chase | 120.00 |
| 06/09 | 06/09 Online Transfer To Chk ...9716 Transaction#: 14540379459 | 17,500.00 |
| 06/09 | 06/09 Online Transfer To Chk ...8994 Transaction#: 14540885133 | 7,116.00 |
| 06/09 | 06/09 Online ACH Payment 5339128477 To Elainetakagi (_########5645) | 728.00 |
| 06/09 | 06/09 Online ACH Payment 5339128752 To Jennalesure (_#####6772) | 732.00 |
| 06/09 | 06/09 Online ACH Payment 5339129045 To Mariajimenezws (_########4921) | 702.45 |
| 06/09 | 06/09 Online ACH Payment 5339135658 To Reginabarnes (_#####6494) | 433.50 |
| 06/09 | Orig CO Name:Phila Ins CO       Orig ID:2316092819 Desc Date:070622 CO Entry Descr:Ins IN    Sec:CCD    Trace#:091000016135815 Eed:220608   Ind ID:84140608       Ind Name:84140608 Trn: 1596135815Tc | 676.00 |
| 06/10 | Zelle Payment To Charles Normans Jpm999Cruvn4 | 315.00 |
| 06/10 | Zelle Payment To Mckeltia Goodrich Jpm999Cruwlr | 480.00 |
| 06/10 | Zelle Payment To Lily Colleen Jpm999Cruxpf | 832.00 |
| 06/10 | Zelle Payment To Chandra Jpm999Cruykt | 484.50 |
| 06/10 | 06/10 Online Transfer To Chk ...0524 Transaction#: 14546562975 | 1,500.00 |
| 06/10 | 06/10 Online Transfer To Chk ...8994 Transaction#: 14549744786 | 1,500.00 |
| 06/10 | Zelle Payment To Lanecho 14550289839 | 112.50 |
| 06/10 | Orig CO Name:Wf Bus Credit      Orig ID:50260000   Desc Date:220608 CO Entry Descr:Auto Pay  Sec:PPD    Trace#:091000017744001 Eed:220609   Ind ID:       Ind Name:Jones,Theresa/DR Trn: 1607744001Tc | 247.28 |
| 06/13 | Orig CO Name:Gpc            Orig ID:1580257110 Desc Date:     CO Entry Descr:Gpc EFT  Sec:PPD    Trace#:111000014138138 Eed:220610   Ind ID:             Ind Name:Christy Collins Trn: 1614138138Tc | 101.47 |
| 06/14 | Orig CO Name:Self Lender Inc    Orig ID:1473596202 Desc Date:     CO Entry Descr:Payments  Sec:PPD    Trace#:061121028994006 Eed:220614   Ind ID:       Ind Name:Operational Trn: 1658994006Tc | 48.00 |
| 06/15 | 06/15 Online Transfer To Chk ...0524 Transaction#: 14583603709 | 1,000.00 |
| 06/15 | Orig CO Name:Philadelphia Ame    Orig ID:1741952955 Desc Date:061522 CO Entry Descr:Prem Lsp  Sec:PPD    Trace#:021000020115626 Eed:220615   Ind ID:       Ind Name:Keys Medical Staffing Trn: 1660115626Tc | 1,409.62 |
| 06/15 | Orig CO Name:T-Mobile         Orig ID:0000450304 Desc Date:220614 CO Entry Descr:Pcs Svc   Sec:Web    Trace#:021000022492629 Eed:220614   Ind ID:1383192       Ind Name:Theresa Jones | 159.55 |



June 01, 2022 through June 30, 2022

Account Number: 6959

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | Orig CO Name:Comcast     Orig ID:0000213249 Desc Date:220615 CO Entry Descr:Cable    Sec:Web    Trace#:021000020727172 Eed:220615   Ind ID:7292678 Ind Name:Christy *Collins | 317.73 |
| 06/16 | Orig CO Name:Royal Neighbors     Orig ID:1000567000 Desc Date:220614 CO Entry Descr:Prem Debitsec:PPD    Trace#:021000028278760 Eed:220615   Ind ID: Ind Name:Theresa Jones Trn: 1668278760Tc | 224.03 |
| 06/16 | Orig CO Name:United of Omaha     Orig ID:1470322122 Desc Date:220615 CO Entry Descr: Ins Prem Sec:PPD    Trace#:104000013796507 Eed:220615   Ind ID:           Ind Name:Christy Collins Trn: 1663796507Tc | 182.09 |
| 06/16 | Orig CO Name:Royal Neighbors     Orig ID:1000567000 Desc Date:220614 CO Entry Descr:Prem Debitsec:PPD    Trace#:021000028278759 Eed:220615   Ind ID: Ind Name:Christy Collins Trn: 1668278759Tc | 174.44 |
| 06/17 | Orig CO Name:Wells Fargo Auto     Orig ID:0122287170 Desc Date:220617 CO Entry Descr:Draft    Sec:PPD    Trace#:091000013121254 Eed:220617   Ind ID: Ind Name:Dectric,D,Fletcher Trn: 1683121254Tc | 1,043.56 |
| 06/17 | Zelle Payment To Elaine Takagi 14598227531 | 910.00 |
| 06/17 | Zelle Payment To Jenna Lesure Jpm999D0A3Qn | 900.00 |
| 06/17 | Zelle Payment To Lily Colleen Jpm999D0A4C8 | 1,040.00 |
| 06/17 | Zelle Payment To Mckeltia Goodrich Jpm999D0A521 | 585.00 |
| 06/17 | 06/17 Online Transfer To Chk ...8994 Transaction#: 14598246955 | 1,364.29 |
| 06/21 | Orig CO Name:Bridgecrest       Orig ID:2860677984 Desc Date:220620 CO Entry Descr:Dt Retail Sec:PPD    Trace#:091000016683597 Eed:220621   Ind ID:           Ind Name:Theresa Jones Trn: 1726683597Tc | 1,143.00 |
| 06/21 | Orig CO Name:Manhattanlife     Orig ID:420884060P Desc Date:220616 CO Entry Descr:Ins. Tran.Sec:PPD    Trace#:091000012693270 Eed:220617   Ind ID: Ind Name:X Trn: 1682693270Tc | 205.37 |
| 06/22 | Orig CO Name:Comed         Orig ID:2360938600 Desc Date:    CO Entry Descr:UTIL_Bil Sec:PPD    Trace#:091000010840060 Eed:220621   Ind ID: Ind Name:Theresa Jones Trn: 1720840060Tc | 57.41 |
| **Total Electronic Withdrawals** | | **$49,682.84** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/06 | $40,795.22 | 06/10 | 4,145.99 | 06/16 | -134.40 |
| 06/07 | 39,535.22 | 06/13 | 5,220.62 | 06/17 | 513.49 |
| 06/08 | 35,714.18 | 06/14 | 4,440.36 | 06/21 | -4,351.03 |
| 06/09 | 7,252.09 | 06/15 | 822.37 | 06/22 | -4,408.44 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $229.95 |
| **Total Service Charges** | **$324.95**  Will be assessed on 7/6/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



June 01, 2022 through June 30, 2022

Account Number: ███████6959

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 6 | 1 | 5 | $34.00 | $170.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 1 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 61 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 2 | 0 | 2 | $25.00 | $50.00 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 7/6/22)** | | | | | **$324.95** |

**ACCOUNT** 000000897096959

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Paid | 6 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 1 |
| Electronic Credits | 3 |
| **Credits** | |
| Non-Electronic Transactions | 61 |
| **Cash Management Services** | |
| Online ACH Payments Maint | 2 |
| Online - Financial Mgmt Access Fee | 1 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE ◯

June 01, 2022 through June 30, 2022

Account Number: ▮▮▮▮▮▮ 6959

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2022 through July 29, 2022

Account Number: ████████6959

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00014958 DRE 111 212 21522 NNNNNNNNNNN   1 000000000 D2 0000

KEYS MEDICAL STAFFING LLC
PO BOX 10612
CHICAGO IL 60610-0537



## CHECKING SUMMARY     Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$4,408.44 |
| Deposits and Additions | 19 | 130,646.48 |
| ATM & Debit Card Withdrawals | 45 | -10,754.52 |
| Electronic Withdrawals | 71 | -64,013.56 |
| Fees | 1 | -324.95 |
| Ending Balance | 136 | $51,145.01 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Orig CO Name:Soliant Health,   Orig ID:2581970270 Desc Date:220630 CO Entry Descr:Paymentjnlsec:PPD   Trace#:091000012540802 Eed:220701   Ind ID: Ind Name:0   Keys Medical Staff Trn: 1822540802Tc | $20,524.56 |
| 07/08 | Fedwire Credit Via: First Horizon Bank/084000026 B/O: Rountree Leitman & Klein LLC Atlanta, GA 303290000 Ref: Chase Nyc/Ctr/Bnf=Keys Medical Staffing LLC Chicago IL 60610-0537 US/A C-000000008970 Rfb=O/B First Horizo Obi=Payroll Imad: 0708Mmqfmpwq000648 Trn: 0261590189Ff | 27,184.73 |
| 07/14 | Online Transfer From Chk ...8994 Transaction#: 14808675838 | 150.00 |
| 07/15 | Fedwire Credit Via: First Horizon Bank/084000026 B/O: Rountree Leitman Klein & Geer LLC Atlanta, GA 30329 Ref: Chase Nyc/Ctr/Bnf=Keys Medical Staffing LLC Chicago IL 60610-0537 US/A C-000000008970 Rfb=O/B First Horizo Obi=Payroll Imad: 0715Mmqfmpwq003667 Trn: 0879590196Ff | 10,000.00 |
| 07/15 | Online Transfer From Chk ...0524 Transaction#: 14819933405 | 356.80 |
| 07/15 | Online Transfer From Chk ...0524 Transaction#: 14819899519 | 125.34 |
| 07/15 | Online Transfer From Chk ...8994 Transaction#: 14816164070 | 50.50 |
| 07/15 | Online Transfer From Chk ...8994 Transaction#: 14816157356 | 48.00 |
| 07/15 | Online Transfer From Chk ...0524 Transaction#: 14819908473 | 43.00 |
| 07/15 | Online Transfer From Chk ...0524 Transaction#: 14819903884 | 15.25 |



July 01, 2022 through July 29, 2022

Account Number: ████████6959

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Online Transfer From Chk ...8994 Transaction#: 14816092570 | 9.99 |
| 07/15 | Online Transfer From Chk ...8994 Transaction#: 14816098842 | 0.99 |
| 07/21 | Fedwire Credit Via: First Horizon Bank/084000026 B/O: Rountree Leitman Klein & Geer LLC Atlanta, GA 30329 Ref: Chase Nyc/Ctr/Bnf=Keys Medical Staffing LLC Chicago IL 60610-0537 US/A C-000000008970 Rfb=O/B First Horizo Obi=Reason: Payment of Client Fund S Imad: 0721Mmqfmpwq003069 Trn: 0850160202Ff | 21,306.77 |
| 07/21 | Orig CO Name:Self Lender Inc     Orig ID:9473596202 Desc Date:     CO Entry Descr:Payouts  Sec:PPD    Trace#:061121020454821 Eed:220721   Ind ID: Ind Name:Operational Trn: 2020454821Tc | 539.54 |
| 07/22 | Orig CO Name:Soliant Health,     Orig ID:2581970270 Desc Date:220721 CO Entry Descr:Paymentjnlsec:PPD   Trace#:091000014683918 Eed:220722   Ind ID: Ind Name:0  Keys Medical Staff Trn: 2034683918Tc | 32,530.56 |
| 07/22 | Online Transfer From Chk ...8994 Transaction#: 14871468292 | 50.63 |
| 07/22 | Online Transfer From Chk ...8994 Transaction#: 14871477002 | 24.98 |
| 07/22 | Online Transfer From Chk ...8994 Transaction#: 14871473101 | 9.80 |
| 07/29 | Orig CO Name:Soliant Health,     Orig ID:2581970270 Desc Date:220728 CO Entry Descr:Paymentjnlsec:PPD   Trace#:091000010826287 Eed:220729   Ind ID: Ind Name:0  Keys Medical Staff Trn: 2100826287Tc | 17,675.04 |
| **Total Deposits and Additions** | | **$130,646.48** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Recurring Card Purchase 07/01 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 9442 | $87.20 |
| 07/05 | Card Purchase          07/01 Storage Mart #0802 Chicago IL Card 9171 | 208.96 |
| 07/05 | Recurring Card Purchase 07/01 Docusign 866-219-4318 WA Card 9442 | 2,772.14 |
| 07/05 | Card Purchase          07/01 Indeed 203-564-2400 CT Card 9442 | 4.26 |
| 07/05 | Card Purchase          07/01 Indeed 203-564-2400 CT Card 9442 | 545.03 |
| 07/05 | Card Purchase          07/01 Dlr*Ferrari Maserati 678-802-5000 TX Card 9442 | 43.00 |
| 07/05 | Recurring Card Purchase 07/01 Apple.Com/Bill 866-712-7753 CA Card 9171 | 0.99 |
| 07/05 | Card Purchase          07/02 Apple.Com/Bill 866-712-7753 CA Card 9171 | 9.99 |
| 07/05 | Recurring Card Purchase 07/02 Disney Plus Burbank CA Card 9442 | 15.25 |
| 07/05 | Recurring Card Purchase 07/02 Microsoft*Microsoft 36 Msbill.Info WA Card 9171 | 9.99 |
| 07/05 | Card Purchase          07/03 Amazon.Com*Gj6Jb06G3 Amzn.Com/Bill WA Card 9442 | 151.89 |
| 07/05 | Card Purchase          07/05 Amzn Mktp US*476Ha7A Amzn.Com/Bill WA Card 9442 | 27.71 |
| 07/05 | Card Purchase          07/05 Your Answering Servi Httpspaytrust VA Card 9171 | 2,749.76 |
| 07/06 | Recurring Card Purchase 07/06 Comcast Chicago 800-Comcast IL Card 9171 | 65.99 |
| 07/11 | Card Purchase          07/08 Amzn Mktp US*NA7736L Amzn.Com/Bill WA Card 9442 | 29.27 |
| 07/11 | Recurring Card Purchase 07/08 Microsoft*Microsoft 36 Msbill.Info WA Card 9442 | 110.24 |
| 07/11 | Recurring Card Purchase 07/08 Iiq*Identityiq.Com 877-8754347 NV Card 9171 | 26.99 |
| 07/11 | Recurring Card Purchase 07/10 Mailmeteor Paris Card 9171 | 19.98 |
| 07/11 | Recurring Card Purchase 07/11 Tesla, Inc. Palo Alto CA Card 9171 | 219.40 |
| 07/12 | Card Purchase          07/11 Indeed 203-564-2400 CT Card 9442 | 553.44 |
| 07/12 | Recurring Card Purchase 07/11 Self Lender 2 877-8830999 TX Card 9171 | 50.50 |
| 07/12 | Recurring Card Purchase 07/12 Adobe Acropro Subs 408-536-6000 CA Card 9442 | 15.93 |
| 07/12 | Card Purchase          07/11 Amazon.Com*Ap6Gl5KS3 Amzn.Com/Bill WA Card 9442 | 23.59 |
| 07/14 | Card Purchase          07/14 Amzn Mktp US*Zs6E82R Amzn.Com/Bill WA Card 9171 | 17.81 |
| 07/14 | Card Purchase          07/13 Indeed 203-564-2400 CT Card 9442 | 545.87 |
| 07/14 | Card Purchase          07/13 Qt 729 Atlanta GA Card 9442 | 83.59 |
| 07/15 | Recurring Card Purchase 07/15 Google *Google Stora G.CO/Helppay# CA Card 9171 | 29.99 |
| 07/15 | Card Purchase          07/14 Move Forward Counsel Httpsmoveforw GA Card 9171 | 150.00 |
| 07/18 | Card Purchase          07/17 Grubhubpotbellysandwi Grubhub.Com NY Card 9171 | 27.00 |
| 07/18 | Card Purchase          07/18 Amazon Music*Yj7Vo496 888-802-3080 WA Card 9171 | 9.80 |



July 01, 2022 through July 29, 2022

Account Number: 6959

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | Recurring Card Purchase 07/18 Amazon Prime*2S8S206 Amzn.Com/Bill WA Card 9442 | 14.99 |
| 07/19 | Card Purchase           07/16 The Tax Defenders Chic 800-4498012 IL Card 9171 | 500.00 |
| 07/19 | Card Purchase           07/18 Amazon Prime*8Z1Wp1L Amzn.Com/Bill WA Card 9171 | 14.99 |
| 07/20 | Card Purchase           07/19 Indeed 203-564-2400 CT Card 9442 | 130.80 |
| 07/20 | Card Purchase           07/19 Amzn Mktp US*Il3Jp92 Amzn.Com/Bill WA Card 9442 | 39.66 |
| 07/21 | Recurring Card Purchase 07/20 Tu *Transunion 800-493-3292 CA Card 9171 | 24.95 |
| 07/22 | Recurring Card Purchase 07/22 Microsoft*Microsoft 36 425-6816830 WA Card 9171 | 110.24 |
| 07/22 | Card Purchase With Pin  07/22 Norcross Exxon Norcross GA Card 9442 | 92.48 |
| 07/25 | Card Purchase           07/23 Indeed 203-564-2400 CT Card 9442 | 545.04 |
| 07/26 | Card Purchase           07/26 Xfinity Mobile 888-936-4968 PA Card 9442 | 366.64 |
| 07/26 | Recurring Card Purchase 07/26 Disney Plus Burbank CA Card 9442 | 15.25 |
| 07/26 | Card Purchase With Pin  07/26 Bp#6450399Clipp Smyrna GA Card 9442 | 93.02 |
| 07/27 | Recurring Card Purchase 07/27 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 9442 | 87.20 |
| 07/28 | Card Purchase           07/28 Audible*9P1Ua1Wk3 Amzn.Com/Bill NJ Card 9171 | 14.95 |
| 07/29 | Card Purchase With Pin  07/29 Bp#6450399Clipp Smyrna GA Card 9442 | 98.75 |
| **Total ATM & Debit Card Withdrawals** | | **$10,754.52** |



## ATM & DEBIT CARD SUMMARY

Theresa L Jones  Card 9171

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,262.28 |
| Total Card Deposits & Credits | $0.00 |

Christy Latrese Collins  Card 9442

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,492.24 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,754.52 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Zelle Payment To Mckeltia Goodrich Jpm999Dho7Zk | $465.00 |
| 07/01 | Zelle Payment To Jenna Lesure Jpm999Dho93P | 792.00 |
| 07/01 | Zelle Payment To Elaine Takagi 14704046341 | 728.00 |
| 07/01 | Zelle Payment To Lily Colleen Jpm999Dhocjv | 832.00 |
| 07/01 | Zelle Payment To Chandra Jpm999Dhodqb | 595.00 |
| 07/01 | 07/01 Online Transfer To Chk ...8994 Transaction#: 14704175470 | 745.50 |
| 07/01 | Zelle Payment To Charles Normans Jpm999Di7Xte | 1,766.42 |
| 07/05 | Orig CO Name:Umb Bank         Orig ID:Gs00001306 Desc Date:220704 CO Entry Descr:Umb Bank  Sec:Web    Trace#:026015076207434 Eed:220705   Ind ID:000000475600604         Ind Name:Keys Medical Staffing Trn: 1866207434Tc | 1,500.00 |
| 07/05 | 07/05 Online Transfer To Chk ...8994 Transaction#: 14736493090 | 2,000.00 |
| 07/05 | Orig CO Name:Comcast 8220188      Orig ID:0000213249 Desc Date:220626 CO Entry Descr:Retry Pymtsec:PPD    Trace#:021000028745518 Eed:220701   Ind ID: Ind Name:Christy *Collins Trn: 1828745518Tc | 356.80 |

# CHASE

July 01, 2022 through July 29, 2022

Account Number: ██████6959

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Orig CO Name:*Lincoln Natlife    Orig ID:3504728231 Desc Date:220624 CO Entry Descr:Retry Pymtsec:PPD    Trace#:091000011718890 Eed:220701   Ind ID: Ind Name:Christy Collins Trn: 1821718890Tc | 91.46 |
| 07/06 | Orig CO Name:Google    Orig ID:F770493581 Desc Date:    CO Entry Descr:Apps_Commesec:CCD    Trace#:091000015730986 Eed:220705   Ind ID:US003N6X6X Ind Name:Chase | 120.00 |
| 07/08 | Zelle Payment To Lily Colleen Jpm999DR3B9X | 1,014.00 |
| 07/08 | Zelle Payment To Elaine Takagi 14762511223 | 858.00 |
| 07/08 | Zelle Payment To Mckeltia Goodrich Jpm999DR3Drg | 600.60 |
| 07/08 | Zelle Payment To Jenna Lesure Jpm999DR3Fgh | 900.00 |
| 07/08 | Zelle Payment To Chandra Jpm999DR3Gao | 680.00 |
| 07/08 | 07/08 Online Transfer To Chk ...8994 Transaction#: 14762550663 | 2,840.00 |
| 07/08 | Zelle Payment To Dectric Fletcher 14762564337 | 1,734.26 |
| 07/08 | 07/08 Online Transfer To Chk ...0524 Transaction#: 14764065990 | 4,000.00 |
| 07/12 | Orig CO Name:Self Lender Inc    Orig ID:1473596202 Desc Date:    CO Entry Descr:Payments  Sec:PPD    Trace#:061121021677731 Eed:220712   Ind ID: Ind Name:Operational Trn: 1931677731Tc | 48.00 |
| 07/13 | Orig CO Name:Gpc    Orig ID:1580257110 Desc Date:    CO Entry Descr:Gpc EFT Sec:PPD    Trace#:111000019476148 Eed:220712   Ind ID:    Ind Name:Christy Collins Trn: 1939476148Tc | 125.34 |
| 07/14 | 07/14 Online ACH Payment 5344050500 To Jennalesure (_#####6772) | 540.00 |
| 07/14 | 07/14 Online ACH Payment 5344050927 To Mariajimenezws (_########4921) | 681.45 |
| 07/14 | 07/14 Online ACH Payment 5344051403 To Elainetakagi (_########5645) | 728.00 |
| 07/14 | 07/14 Online ACH Payment 5344130177 To Mckeltigoodrich (_#6653) | 477.40 |
| 07/14 | Orig CO Name:Ally    Orig ID:9833122002 Desc Date:220707 CO Entry Descr:Retry Pymtsec:CCD    Trace#:021000022908615 Eed:220713   Ind ID:228030204953    Ind Name:Christy Collins Trn: 1942908615Tc | 767.80 |
| 07/15 | Zelle Payment To Lily Colleen Jpm999Dzeyek | 624.00 |
| 07/15 | Zelle Payment To Charles Normans Jpm999Dzezao | 1,442.00 |
| 07/15 | Zelle Payment To Charles Normans Jpm999Dzf0FT | 1,883.54 |
| 07/15 | Zelle Payment To Chandra Jpm999Dzf2Jq | 595.00 |
| 07/15 | Zelle Payment To Charles Normans Jpm999Dzj3Ul | 324.42 |
| 07/15 | Orig CO Name:Philadelphia Ame    Orig ID:1741952955 Desc Date:071522 CO Entry Descr:Prem Lsp  Sec:PPD    Trace#:021000025365854 Eed:220715   Ind ID: Ind Name:Keys Medical Staffing Trn: 1965365854Tc | 1,409.62 |
| 07/15 | 07/15 Online Transfer To Chk ...0524 Transaction#: 14819940572 | 2,000.00 |
| 07/15 | Zelle Payment To Dectric Fletcher 14819980199 | 867.13 |
| 07/15 | 07/15 Online Transfer To Chk ...8994 Transaction#: 14819991517 | 2,000.00 |
| 07/15 | Orig CO Name:T-Mobile    Orig ID:0000450304 Desc Date:220714 CO Entry Descr:Pcs Svc  Sec:Web    Trace#:021000027674303 Eed:220714   Ind ID:6938621    Ind Name:Theresa Jones | 159.55 |
| 07/18 | Orig CO Name:Wells Fargo Auto    Orig ID:0122287170 Desc Date:220717 CO Entry Descr:Draft    Sec:PPD    Trace#:091000015318314 Eed:220718   Ind ID: Ind Name:Dectric,D,Fletcher Trn: 1995318314Tc | 1,043.56 |
| 07/18 | Orig CO Name:Royal Neighbors    Orig ID:1000567000 Desc Date:220714 CO Entry Descr:Prem Debitsec:PPD    Trace#:021000021120872 Eed:220715   Ind ID: Ind Name:Theresa Jones Trn: 1961120872Tc | 224.03 |
| 07/18 | Orig CO Name:United of Omaha    Orig ID:1470322122 Desc Date:220715 CO Entry Descr: Ins Prem Sec:PPD    Trace#:104000019221643 Eed:220715   Ind ID:    Ind Name:Christy Collins Trn: 1969221643Tc | 182.09 |
| 07/18 | Orig CO Name:Royal Neighbors    Orig ID:1000567000 Desc Date:220714 CO Entry Descr:Prem Debitsec:PPD    Trace#:021000021120871 Eed:220715   Ind ID: Ind Name:Christy Collins Trn: 1961120871Tc | 174.44 |
| 07/20 | Orig CO Name:Bridgecrest    Orig ID:2860677984 Desc Date:220720 CO Entry Descr:Dt Retail Sec:PPD    Trace#:091000010261078 Eed:220720   Ind ID:    Ind Name:Theresa Jones Trn: 2010261078Tc | 1,143.00 |



July 01, 2022 through July 29, 2022

Account Number: 6959

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/20 | Orig CO Name:Manhattanlife        Orig ID:420884060P Desc Date:220718 CO Entry Descr:Ins. Tran.Sec:PPD   Trace#:091000019969371 Eed:220719   Ind ID: Ind Name:X Trn: 2009969371Tc | 205.37 |
| 07/21 | 07/21 Online ACH Payment 5345031822 To Elainetakagi (_#########5645) | 910.00 |
| 07/21 | 07/21 Online ACH Payment 5345032171 To Mariajimenezws (_########4921) | 844.72 |
| 07/21 | 07/21 Online ACH Payment 5345032629 To Mckeltigoodrich (_#6653) | 600.60 |
| 07/21 | 07/21 Online ACH Payment 5345033037 To Jennalesure (_#####6772) | 840.00 |
| 07/21 | 07/21 Online ACH Payment 5345033253 To Mickaylaclark (_#####1206) | 539.00 |
| 07/21 | 07/21 Online ACH Payment 5345033705 To Jordanpamon (_#####6319) | 446.60 |
| 07/21 | 07/21 Online ACH Payment 5345034048 To Janettesquare (_########0550) | 168.00 |
| 07/21 | Orig CO Name:Comed        Orig ID:2360938600 Desc Date:    CO Entry Descr:UTIL_Bil Sec:PPD   Trace#:091000011035193 Eed:220720   Ind ID: Ind Name:Theresa Jones Trn: 2011035193Tc | 50.63 |
| 07/22 | 07/22 Same-Day ACH Payment 5345117357 To Colleenlilly (_######8573) | 1,040.00 |
| 07/22 | Zelle Payment To Chandra Jpm999E83Xis | 595.00 |
| 07/22 | Zelle Payment To Dectric Fletcher 14871482368 | 840.13 |
| 07/22 | Zelle Payment To Charles Normans Jpm999E8Uohq | 1,442.00 |
| 07/22 | 07/22 Online Transfer To Chk ...8994 Transaction#: 14871512798 | 2,000.00 |
| 07/22 | 07/22 Online Transfer To Chk ...0524 Transaction#: 14873767825 | 2,000.00 |
| 07/22 | Orig CO Name:*Lincoln Natlife      Orig ID:3504728231 Desc Date:    CO Entry Descr:Prempaymntsec:PPD   Trace#:091000010495544 Eed:220721   Ind ID: Ind Name:Christy Collins Trn: 2020495544Tc | 91.46 |
| 07/27 | Orig CO Name:Comcast 8220188       Orig ID:0000213249 Desc Date:220726 CO Entry Descr:941858870 Sec:PPD   Trace#:021000027923593 Eed:220726   Ind ID: Ind Name:Christy *Collins Trn: 2077923593Tc | 317.98 |
| 07/28 | 07/28 Online ACH Payment 5345965378 To Jennalesure (_#####6772) | 900.00 |
| 07/28 | 07/28 Online ACH Payment 5345965789 To Mckeltigoodrich (_#6653) | 608.30 |
| 07/28 | 07/28 Online ACH Payment 5345966091 To Elainetakagi (_#########5645) | 910.00 |
| 07/28 | 07/28 Online ACH Payment 5345966511 To Colleenlilly (_######8573) | 1,059.50 |
| 07/28 | 07/28 Online ACH Payment 5345966793 To Mickaylaclark (_#####1206) | 539.00 |
| 07/28 | 07/28 Online ACH Payment 5345967066 To Jordanpamon (_#####6319) | 539.00 |
| 07/28 | 07/28 Online ACH Payment 5345967381 To Mariajimenezws (_########4921) | 807.45 |
| 07/28 | 07/28 Online ACH Payment 5345969883 To Taviadavid (_######8024) | 539.00 |
| 07/29 | Zelle Payment To Chandra Jpm999Egvvxn | 595.00 |
| 07/29 | Zelle Payment To Charles Normans Jpm999Egw36B | 1,658.28 |
| 07/29 | Zelle Payment To Dectric Fletcher 14922996134 | 867.13 |
| 07/29 | 07/29 Online Transfer To Chk ...8994 Transaction#: 14923007690 | 2,000.00 |
| **Total Electronic Withdrawals** | | **$64,013.56** |



## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/06 | Service Charges For The Month of June | $324.95 |
| **Total Fees** | | **$324.95** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 07/01 | $10,105.00 | 07/08 | 13,664.70 | 07/13 | 12,442.02 |
| 07/05 | -382.23 | 07/11 | 13,258.82 | 07/14 | 8,750.10 |
| 07/06 | -893.17 | 07/12 | 12,567.36 | 07/15 | 7,914.72 |



July 01, 2022 through July 29, 2022

Account Number: 6959

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/18 | 6,238.81 | 07/22 | 46,031.46 | 07/27 | 44,606.33 |
| 07/19 | 5,723.82 | 07/25 | 45,486.42 | 07/28 | 38,689.13 |
| 07/20 | 4,204.99 | 07/26 | 45,011.51 | 07/29 | 51,145.01 |
| 07/21 | 21,626.80 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $59.95 |
| **Total Service Charges** | **$154.95**  Will be assessed on 8/3/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 7 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 63 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 2 | 0 | 2 | $25.00 | $50.00 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 8/3/22)** | | | | | **$154.95** |

**ACCOUNT** 000000897096959

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 7 |
| **Credits** | |
| Non-Electronic Transactions | 63 |
| **Cash Management Services** | |
| Online ACH Payments Maint | 2 |
| Online - Financial Mgmt Access Fee | 1 |



July 01, 2022 through July 29, 2022

Account Number: 6959

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



CHASE ⬡

July 01, 2022 through July 29, 2022

Account Number: 6959

This Page Intentionally Left Blank

Funds held in Trust by RLKG

| Date | Amount | Description |
|---|---|---|
| 7/6/2022 | $ 43,008.44 | |
| 7/7/2022 | $ 4,700.85 | |
| 7/20/2022 | $ 353,625.64 | |
| 7/8/2022 | $ (27,184.73) | to Debtor's operating account |
| 7/15/2022 | $ (10,000.00) | to Debtor's operating account |
| 7/21/2022 | $ (21,306.77) | to Debtor's operating account |
| 7/22/2022 | $ (16,000.00) | AP payment to Loan Oak |
| 7/22/2022 | $ (5,000.00) | Sub V Trustee escrow |
| 7/24/2022 | $ (16,000.00) | Debtor's attorney's fees escrow |

TOTAL held    $ 305,843.43