**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In re: | **Chapter 11** |
| **KEYS MEDICAL STAFFING, LLC,** | **Subchapter V** |
| **Debtor.** | **Case No. 22-20573** |

### NOTICE OF FILING OF PROPOSED CASH COLLATERAL BUDGET

The Debtor hereby files this Notice of Proposed Cash Collateral Budget, attaching hereto

as **Exhibit A** the Debtor's proposed cash collateral budget for the next four weeks, through

September 24, 2022.

Dated: August 25, 2022          **ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth A. Childers*
William A. Rountree, Ga. Bar No. 616503
Will B. Geer, Ga. Bar No. 940943
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
wgeer@rlkglaw.com
echilders@rlkglaw.com
*Proposed Attorneys for the Debtor*

## **EXHIBIT A**

**BUDGET**

| | Week 1 | Week 2 | Week 3 | Week 4 |
|---|---|---|---|---|
| | 8/28 | 9/4 | 9/11 | 9/18 |
| **Beginning Cash:** | | | | |
| DIP Account | $30,000.00 | $30,067.32 | $30,526.70 | $32,859.88 |
| Held by RLKG | $305,843.43 | $230,843.43 | $230,843.43 | $230,843.43 |
| **Total Beginning Cash:** | $335,843.43 | $260,910.75 | $261,370.13 | $263,703.31 |
| | | | | |
| **Inflows:** | | | | |
| Whiteside | $1,382.40 | $1,382.40 | $1,382.40 | $1,382.40 |
| Sunbelt | $16,875.12 | $16,875.12 | $18,988.92 | $18,988.92 |
| medifis | $0.00 | $0.00 | $2,720.00 | $0.00 |
| 1 new contract for Sept | $0.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| 1 new contract for Sept | $0.00 | $0.00 | $0.00 | $1,408.00 |
| **Total Inflows:** | $18,257.52 | $19,665.52 | $24,499.32 | $23,187.32 |
| | | | | |
| **Expenses:** | | | | |
| **Payroll:** | | | | |
| Employees: | | | | |
| Whiteside | $840.00 | $840.00 | $840.00 | $840.00 |
| Sunbelt | $9,179.60 | $9,179.60 | $10,299.60 | $10,299.60 |
| Medefis | | | $1,840.00 | |
| 1 new contract for Sept | | $800.00 | $800.00 | $800.00 |
| 1 new contract for Sept | | | | $800.00 |
| 1 Keys | $595.00 | $595.00 | $595.00 | $595.00 |
| Officer Compensation: | | | | |
| Theresa Jones | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Christy Collins | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Dectric Flecther | $867.13 | $867.13 | $867.13 | $867.13 |
| **Dues & Subscriptions:** | | | | |
| DocuSign | $0.00 | $0.00 | $0.00 | $0.00 |
| gusto payroll | $0.00 | $0.00 | $0.00 | $0.00 |
| gusto payroll per person | $0.00 | $0.00 | $0.00 | $0.00 |
| Adobe | $16.00 | $16.00 | $16.00 | $16.00 |
| G-Suite | $120.00 | $120.00 | $120.00 | $120.00 |
| Microsoft | $0.00 | $99.99 | $99.99 | $99.00 |
| WebHosting | $20.00 | $20.00 | $20.00 | $20.00 |
| AMTI | $400.00 | $400.00 | $400.00 | $400.00 |
| Quickbooks | $88.00 | $88.00 | $88.00 | $88.00 |
| Social Media Management | $75.00 | $75.00 | $75.00 | $75.00 |
| **Office Expenses:** | | | | |
| Computer and Internet | $72.04 | $72.04 | $72.04 | $72.04 |
| Insurance | $544.27 | $544.27 | $544.27 | $544.27 |
| Recruitment Expense | $579.72 | $695.67 | $695.67 | $695.67 |
| Supplies | $138.91 | $138.91 | $138.91 | $138.91 |
| Telephone | $140.98 | $140.98 | $140.98 | $140.98 |
| Travel and Gas | $172.66 | $172.66 | $172.66 | $172.66 |
| **Auto Expenses:** | $340.89 | $340.89 | $340.89 | $340.89 |
| **Total outflow from DIP Account:** | $18,190.20 | $19,206.14 | $22,166.14 | $21,125.15 |
| | | | | |
| **AP Payment to Lone Oak** | $50,000.00 | | | |
| **Legal Fees** | $20,000.00 | | | |
| **Subchapter V Trustee** | $5,000.00 | | | |
| | | | | |
| **Total OutFlows:** | $111,380.40 | $19,206.14 | $22,166.14 | $21,125.15 |
| | | | | |
| **Ending Cash:** | $242,720.55 | $261,370.13 | $263,703.31 | $265,765.48 |

## CERTIFICATE OF SERVICE

I certify that on August 25, 2022, I filed the foregoing pleading via the Court's CM/ECF system, which generates an electronic service copy thereof and delivers it to all parties registered to receive notices thereby, including the following:

- **Elizabeth Ann Childers**    echilders@rlkglaw.com, swenger@rlkglaw.com;csmith@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com
- **Will B. Geer**    wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com
- **Leon S. Jones (Sub V Trustee)**    ljones@joneswalden.com, jwdistribution@joneswalden.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **William A. Rountree**    wrountree@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com
- **Shayna M. Steinfeld**    shayna@steinfeldlaw.com, paralegalnotices@gmail.com
- **David S. Weidenbaum**    david.s.weidenbaum@usdoj.gov

Dated: August 25, 2022          **ROUNTREE LEITMAN KLEIN & GEER, LLC**

          */s/ Elizabeth A. Childers*
          William A. Rountree, Ga. Bar No. 616503
          Will B. Geer, Ga. Bar No. 940943
          Elizabeth A. Childers, Ga. Bar No. 143546
          Century Plaza I
          2987 Clairmont Road, Suite 350
          Atlanta, Georgia 30329
          (404) 584-1238 Telephone
          wrountree@rlkglaw.com
          wgeer@rlkglaw.com
          echilders@rlkglaw.com
          *Proposed Attorneys for the Debtor*