UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>**KEYS MEDICAL STAFFING, LLC**<br><br>Debtor. | **CASE NO. 22-20573**<br><br>**CHAPTER 11** |

**AMENDMENT TO SCHEDULE E/F, SUMMARY OF ASSETS AND LIABILITIES FOR NON-INDIVIDUALS, AND DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTOR'S SCHEDULES**

COMES NOW Keys Medical Staffing, LLC, et al, Debtor in the above-referenced Chapter 11 case, and hereby amends:

Schedule E/F to add Creditor

| | |
|---|---|
| Illinois Department of Revenue<br>PO Box 19032<br>Springfield, Il 62794 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL, 60197-6463 |
| Relias, LLC<br>PO BOX 74008620<br>CHICAGO, IL 60674-8620 | |

Attached are the amended Schedule E/F, Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Summary of Assets and Liabilities for Non-Individuals, and Declaration Under Penalty of Perjury for Non-Individual Debtor's Schedules.

*[Signature of counsel on following page]*

1

Dated: August 25, 2022

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Elizabeth Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*

**Fill in this information to identify the case:**

Debtor name ___Keys Medical Staffing, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

                                          (State)

Case number (If known): ___22-20573___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ...........................................................................................   $ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................   $ 1,472,500.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ........................................................................................   $ 1,472,500.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............................................   $ 1,279,553.83

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................................................   $ 8,201.64

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.........................................................   +$ 44,337.38

4. **Total liabilities**....................................................................................................................................................................   $ 1,332,092.85
   Lines 2 + 3a + 3b

Doc ID: 7256f78ee81188bd9e0db1f4cf1b04bf28032687

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Keys Medical Staffing, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 22-20573 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA, 30303-0000<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )** | As of the petition filing date, the claim is: $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 0.00 | $ |
| **2.2** | **Priority creditor's name and mailing address**<br>Georgia Department of Revenue<br>1800 Century Boulevard<br>Suite 9100<br>Atlanta, GA, 30345-0000<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )** | As of the petition filing date, the claim is: $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 0.00 | $ |
| **2.3** | **Priority creditor's name and mailing address**<br>Illinois Department of Revenue<br>PO BOX 19032<br>Springfield, IL, 62794<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )** | As of the petition filing date, the claim is: $8,201.64<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,201.64 | $8,201.64 |

Doc ID: 7256f78ee81188bd9e0db1f4cf1b040f29032687

| Debtor | Keys Medical Staffing, LLC | Case number (if known) 22-20573 |
|---|---|---|
| | Name | |

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.___ Priority creditor's name and mailing address**

$_____  $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___ Priority creditor's name and mailing address**

$_____  $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___ Priority creditor's name and mailing address**

$_____  $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Doc ID: 7256f78ee81188bd9e0db1f4cf1b04b928032607

| Debtor | Keys Medical Staffing, LLC | | Case number (if known) | 22-20573 |
| | Name | | | |

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
AT&T Mobility
PO Box 6463
Carol Stream, IL, 60197-6463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 3,472.52

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Regus
Suite, 5113 S Harper Ave #2C
Chicago, IL, 60615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 1,602.86

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Relias, LLC
PO Box 74008620
Chicago, IL, 60674-8620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 4,284.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Robert L. Liggins
12518 Bennington Pl.
Saint Louis, MO, 63146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 23,849.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
UKG
2000 Ultimate Way
Weston, FL, 33326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 8,829.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Wells Fargo
P.O. Box 29482
Phoenix, AZ, 85038-8650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 2,300.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Doc ID: 7256f78ee81188bd9e0db1f4cf1b04b28032687

| Debtor | Keys Medical Staffing, LLC | Case number *(if known)* | 22-20573 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**</div>

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 8,201.64 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 44,337.38 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 52,539.02 |

Doc ID: 7256f78ee81188bd9e0db1f4cf1b04b28032687

```
┌─────────────────────────────────────────────────────────────────────────────────┐
│ Fill in this information to identify the case and this filing:                    │
│                                                                                   │
│ Debtor Name    Keys Medical Staffing, LLC                                         │
│                _____          │
│ United States Bankruptcy Court for the:  Northern District of Georgia             │
│                                          _____         │
│ Case number (If known):    22-20573                                               │
│                         _____                                 │
└─────────────────────────────────────────────────────────────────────────────────┘
```

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/24/2022                     ✗ _____
             _____                Signature of individual signing on behalf of debtor
             MM / DD / YYYY

                                              _____
                                              Printed name

                                              _____
                                              Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**▽ HELLOSIGN**                                                    Audit Trail

| | |
|---|---|
| **TITLE** | Keys Medical amendment.pdf |
| **FILE NAME** | Keys%20Medical%20amendment.pdf |
| **DOCUMENT ID** | 7256f78ee81188bd9e0db1f4cf1b04bf28032687 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ◉ Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ↗ **SENT** | **08 / 24 / 2022**<br>21:45:35 UTC | Sent for signature to Keys Medical Staffing, LLC (ccollinsfrench@keysmedicalstaffing.com) from swenger@rlkglaw.com<br>IP: 24.99.79.244 |
| ◉ **VIEWED** | **08 / 25 / 2022**<br>14:05:29 UTC | Viewed by Keys Medical Staffing, LLC (ccollinsfrench@keysmedicalstaffing.com)<br>IP: 71.236.8.90 |
| ↙ **SIGNED** | **08 / 25 / 2022**<br>14:07:07 UTC | Signed by Keys Medical Staffing, LLC (ccollinsfrench@keysmedicalstaffing.com)<br>IP: 71.236.8.90 |
| ✓ **COMPLETED** | **08 / 25 / 2022**<br>14:07:07 UTC | The document has been completed. |

Powered by **▽ HELLOSIGN**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

In Re:

KEYS MEDICAL STAFFING, LLC

Debtor.

CASE NO. 22-20573

CHAPTER 11

## CERTIFICATE OF SERVICE

This is to certify that on August 25, 2022, I electronically filed the foregoing E/F, Summary of Assets and Liabilities for Non-Individuals, and Declaration Under Penalty of Perjury for Non-Individual Debtor's Schedules with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing.

- **Elizabeth Ann Childers**    echilders@rlkglaw.com, swenger@rlkglaw.com;csmith@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com
- **Will B. Geer**    wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com
- **Leon S. Jones (Sub V Trustee)**    ljones@joneswalden.com, jwdistribution@joneswalden.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **William A. Rountree**    wrountree@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com
- **Shayna M. Steinfeld**    shayna@steinfeldlaw.com, paralegalnotices@gmail.com
- **David S. Weidenbaum**    david.s.weidenbaum@usdoj.gov

3

I also certify that on August _, 2022, I served a copy of the foregoing upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed to:

| Illinois Department of Revenue PO Box 19032 Springfield, Il 62794 | AT&T Mobility PO Box 6463 Carol Stream, IL, 60197-6463 | Relias, LLC PO BOX 74008620 CHICAGO, IL 60674-8620 |
| --- | --- | --- |

Dated: August 25, 2022                         **ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Elizabeth Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*

4

## SUPPLEMENTAL LIST OF CREDITORS

Illinois Department of
Revenue
PO Box 19032
Springfield, Il 62794

AT&T Mobility
PO Box 6463
Carol Stream, IL, 60197-6463

Relias, LLC
PO BOX 74008620
CHICAGO, IL 60674-8620