**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: _____     Date report filed: _____
                                                                                                                MM / DD / YYYY

Line of business: _____     NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name  _____      Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                               ❏    ❏    ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏    ❏    ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                              $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                            − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.            + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                   $ _____

    *(Exhibit E)*

Debtor Name  _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  - $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name  _____          Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 30, 2022 through August 31, 2022

Account Number: ███████6959



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00014935 DRE 111 212 24622 NNNNNNNNNNN  1 000000000 D2 0000

KEYS MEDICAL STAFFING LLC
PO BOX 10612
CHICAGO IL 60610-0537

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $51,145.01 |
| Deposits and Additions | 18 | 38,939.89 |
| ATM & Debit Card Withdrawals | 39 | -4,243.42 |
| Electronic Withdrawals | 59 | -55,019.31 |
| Other Withdrawals | 1 | -30,811.10 |
| Fees | 1 | -154.95 |
| Ending Balance | 118 | -$143.88 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Online Transfer From Chk ...0524 Transaction#: 14927105220 | $317.98 |
| 08/01 | Online Transfer From Chk ...0524 Transaction#: 14927111111 | 15.25 |
| 08/05 | Orig CO Name:Soliant Health,    Orig ID:2581970270 Desc Date:220804 CO Entry Descr:PaymentjnIsec:PPD    Trace#:091000017959336 Eed:220805   Ind ID: Ind Name:0   Keys Medical Staff Trn: 2177959336Tc | 10,686.78 |
| 08/05 | Online Transfer From Chk ...8994 Transaction#: 14984901720 | 65.99 |
| 08/12 | Orig CO Name:Soliant Health,    Orig ID:2581970270 Desc Date:220811 CO Entry Descr:PaymentjnIsec:PPD    Trace#:091000014457840 Eed:220812   Ind ID: Ind Name:0   Keys Medical Staff Trn: 2244457840Tc | 21,028.20 |
| 08/12 | Online Transfer From Chk ...0524 Transaction#: 15039963748 | 189.09 |
| 08/12 | Online Transfer From Chk ...0524 Transaction#: 15039974624 | 95.00 |
| 08/12 | Online Transfer From Chk ...8994 Transaction#: 15035691064 | 26.99 |
| 08/12 | Online Transfer From Chk ...8994 Transaction#: 15035677200 | 20.00 |
| 08/17 | Orig CO Name:Gusto       Orig ID:9138864003 Desc Date:220817 CO Entry Descr:Bvc 601064Sec:CCD    Trace#:021000026906014 Eed:220817   Ind ID:6Semjsc2A6M    Ind Name:Keys Medical Staffing | 0.10 |



July 30, 2022 through August 31, 2022

Account Number: 6959

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Orig CO Name:Gusto        Orig ID:9138864003 Desc Date:220817 CO Entry Descr:Bvc 601064Sec:CCD    Trace#:021000026906012 Eed:220817   Ind ID:6Semjsc2A2C            Ind Name:Keys Medical Staffing | 0.06 |
| 08/18 | Card Purchase Return    08/17 Amzn Mktp US Amzn.Com/Bill WA Card 9171 | 17.81 |
| 08/18 | Card Purchase Return    08/17 Amzn Mktp US Amzn.Com/Bill WA Card 9171 | 17.81 |
| 08/19 | Orig CO Name:Soliant Health,      Orig ID:2581970270 Desc Date:220818 CO Entry Descr:Paymentjnlsec:PPD   Trace#:091000016750165 Eed:220819   Ind ID: Ind Name:0   Keys Medical Staff Trn: 2316750165Tc | 5,801.28 |
| 08/19 | Online Transfer From Chk ...0524 Transaction#: 15092268701 | 500.00 |
| 08/19 | Online Transfer From Chk ...0524 Transaction#: 15092273121 | 95.00 |
| 08/19 | Online Transfer From Chk ...8994 Transaction#: 15091848718 | 52.75 |
| 08/19 | Online Transfer From Chk ...8994 Transaction#: 15091844727 | 9.80 |
| **Total Deposits and Additions** | | **$38,939.89** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Card Purchase        07/29 Kindle Unltd*Zu8Aq1Le 866-321-8851 WA Card 9171 | $9.99 |
| 08/02 | Card Purchase        08/01 Storage Mart #0802 Chicago IL Card 9171 | 208.96 |
| 08/02 | Card Purchase        08/01 Indeed 203-564-2400 CT Card 9442 | 357.18 |
| 08/02 | Card Purchase        08/01 Att* Bill Payment 800-331-0500 TX Card 9171 | 140.00 |
| 08/02 | Recurring Card Purchase 08/01 Microsoft*Microsoft 36 Msbill.Info WA Card 9171 | 9.99 |
| 08/03 | Card Purchase        08/02 Laz Parking 580431 Atlanta GA Card 9442 | 10.00 |
| 08/04 | Card Purchase        08/03 Chevron 0043021 Atlanta GA Card 9442 | 106.59 |
| 08/04 | Card Purchase        08/04 Fiverrinc 579-7762655 NY Card 9171 | 84.40 |
| 08/05 | Card Purchase        08/04 Indeed 203-564-2400 CT Card 9442 | 545.11 |
| 08/08 | Recurring Card Purchase 08/06 Comcast Chicago 800-Comcast IL Card 9171 | 65.99 |
| 08/08 | Recurring Card Purchase 08/05 Self Lender Scc 877-8830999 TX Card 9442 | 803.50 |
| 08/08 | Card Purchase With Pin  08/06 Bp#2798866Union Union City GA Card 9171 | 14.23 |
| 08/08 | Recurring Card Purchase 08/07 Microsoft Yearly Plan Richfield MN Card 9171 | 106.24 |
| 08/08 | Card Purchase        08/07 Amazon.Com*Eq7Mr7W73 Amzn.Com/Bill WA Card 9442 | 17.82 |
| 08/08 | Recurring Card Purchase 08/07 Iiq*Identityiq.Com 877-8754347 NV Card 9171 | 26.99 |
| 08/08 | Card Purchase        08/08 Amzn Mktp US*Om3Mw0S Amzn.Com/Bill WA Card 9442 | 27.06 |
| 08/09 | Card Purchase        08/09 Amzn Mktp US*V09B43W Amzn.Com/Bill WA Card 9442 | 17.31 |
| 08/10 | Card Purchase        08/10 Amzn Mktp US*2T4W77K Amzn.Com/Bill WA Card 9442 | 36.44 |
| 08/11 | Card Purchase        08/11 Amzn Mktp US*Dk4AK3Y Amzn.Com/Bill WA Card 9442 | 13.71 |
| 08/11 | Card Purchase        08/11 Amzn Mktp US*Da0Li0F Amzn.Com/Bill WA Card 9442 | 33.61 |
| 08/11 | Recurring Card Purchase 08/10 Mailmeteor Paris Card 9171 | 19.98 |
| 08/11 | Recurring Card Purchase 08/11 Tesla, Inc. Palo Alto CA Card 9171 | 219.40 |
| 08/11 | Card Purchase With Pin  08/11 Bp#6450399Clipp Smyrna GA Card 9442 | 73.01 |
| 08/12 | Recurring Card Purchase 08/12 Adobe Acropro Subs 408-536-6000 CA Card 9442 | 15.93 |
| 08/12 | Card Purchase        08/12 Park Chicago Mobile 877-242-7901 IL Card 9171 | 20.00 |
| 08/12 | Card Purchase        08/11 Relax And Wax Atlanta Atlanta GA Card 9442 | 95.00 |
| 08/15 | Card Purchase        08/12 Publix #1363 Brookhaven GA Card 9442 | 189.09 |
| 08/15 | Recurring Card Purchase 08/14 Agi*Renters/Condo Ins 800-370-1990 FL Card 9171 | 52.75 |
| 08/15 | Card Purchase        08/15 Amzn Mktp US*631Jx19 Amzn.Com/Bill WA Card 9171 | 17.81 |
| 08/15 | Card Purchase        08/15 Amzn Mktp US*6A2Mx2M Amzn.Com/Bill WA Card 9171 | 17.81 |
| 08/15 | Card Purchase With Pin  08/15 Bp#6450399Clipp Smyrna GA Card 9442 | 59.42 |
| 08/16 | Card Purchase        08/16 Amzn Mktp US*Rg4l973 Amzn.Com/Bill WA Card 9171 | 126.57 |
| 08/17 | Card Purchase        08/16 Lanier Parking 21135600 Atlanta GA Card 9442 | 6.00 |
| 08/18 | Card Purchase        08/16 The Tax Defenders Chic 800-4498012 IL Card 9171 | 500.00 |



July 30, 2022 through August 31, 2022

Account Number: 6959



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/18 | Card Purchase            08/18 Amazon Music*770Rn41W 888-802-3080 WA Card 9171 | 9.80 |
| 08/18 | Recurring Card Purchase 08/18 Amazon Prime*Qd8Z03W Amzn.Com/Bill WA Card 9442 | 14.99 |
| 08/19 | Card Purchase            08/18 Indeed 203-564-2400 CT Card 9442 | 130.80 |
| 08/19 | Card Purchase            08/18 Amazon Prime*Rl3U99Q Amzn.Com/Bill WA Card 9171 | 14.99 |
| 08/22 | Recurring Card Purchase 08/20 Tu *Transunion 800-493-3292 CA Card 9171 | 24.95 |
| **Total ATM & Debit Card Withdrawals** | | **$4,243.42** |

## ATM & DEBIT CARD SUMMARY

**Theresa L Jones  Card 9171**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,690.85 |
| Total Card Deposits & Credits | $35.62 |

**Christy Latrese Collins  Card 9442**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,552.57 |
| Total Card Deposits & Credits | $0.00 |

**ATM & Debit Card Totals**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,243.42 |
| Total Card Deposits & Credits | $35.62 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | 07/29 Online Transfer To Chk ...0524 Transaction#: 14927086740 | $2,000.00 |
| 08/04 | 08/04 Online ACH Payment 5347092376 To Mariajimenezws (_########4921) | 840.00 |
| 08/04 | 08/04 Online ACH Payment 5347092895 To Jordanpamon (_#####6319) | 539.00 |
| 08/04 | 08/04 Online ACH Payment 5347093127 To Mickaylaclark (_#####1206) | 539.00 |
| 08/04 | 08/04 Online ACH Payment 5347093389 To Colleenlilly (_######8573) | 1,049.00 |
| 08/04 | 08/04 Online ACH Payment 5347093699 To Elainetakagi (_#########5645) | 910.00 |
| 08/04 | 08/04 Online ACH Payment 5347094454 To Jennalesure (_#####6772) | 900.00 |
| 08/04 | 08/04 Online ACH Payment 5347096803 To Charlesnorman (_########6114) | 1,550.14 |
| 08/04 | 08/04 Online ACH Payment 5347106304 To Taviadavid (_######8024) | 539.00 |
| 08/05 | 08/05 Online Transfer To Chk ...0524 Transaction#: 14982973076 | 2,000.00 |
| 08/05 | Zelle Payment To Chandra Jpm999Eraq3V | 289.00 |
| 08/05 | Zelle Payment To Dectric Fletcher 14983447182 | 867.13 |
| 08/05 | 08/05 Online Transfer To Chk ...8994 Transaction#: 14983461254 | 2,000.00 |
| 08/08 | Orig CO Name:Google           Orig ID:F770493581 Desc Date:      CO Entry Descr:Apps_Commesec:CCD   Trace#:091000019312213 Eed:220805   Ind ID:US003Noz9S           Ind Name:Chase | 120.00 |
| 08/10 | Orig CO Name:Ally             Orig ID:9833122002 Desc Date:220809 CO Entry Descr:Ally Paymtsec:CCD   Trace#:021000021409343 Eed:220809   Ind ID:228030204953           Ind Name:Christy Collins Trn: 2211409343Tc | 767.80 |
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144035 Payment ID Reference#: 5348144035Rx To  Charles Norman 6114 | 1,766.42 |
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144047 Payment ID Reference#: 5348144047Rx To  Colleen Lilly 8573 | 1,040.00 |
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144064 Payment ID Reference#: 5348144064Rx To  Elaine Takagi 5645 | 910.00 |

**CHASE**

July 30, 2022 through August 31, 2022

Account Number: ████████6959

# ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144110 Payment ID Reference#: 5348144110Rx To  Jenna Lesure 6772 | 900.00 |
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144189 Payment ID Reference#: 5348144189Rx To  Mickayla Clark  1206 | 539.00 |
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144203 Payment ID Reference#: 5348144203Rx To  Tavia David 8024 | 539.00 |
| 08/12 | 08/12 Online Realtime Vendor Payment  5348144338 Payment ID Reference#: 5348144338Rx To  Gail Simon 1201 | 560.00 |
| 08/12 | 08/12 Same-Day ACH Payment 5348144179 To Jordanpamon (_#####6319) | 539.00 |
| 08/12 | 08/12 Same-Day ACH Payment 5348144361 To Mariajimenezws (_########4921) | 780.15 |
| 08/12 | Zelle Payment To Chandra Jpm999Ezyre2 | 595.00 |
| 08/12 | Zelle Payment To Dectric Fletcher 15035698696 | 867.13 |
| 08/12 | 08/12 Online Transfer To Chk ...8994 Transaction#: 15035707193 | 2,000.00 |
| 08/12 | 08/12 Online ACH Payment 5348253640 To Barringtonbanktrust (_######4501) | 1,243.00 |
| 08/12 | 08/12 Online Transfer To Chk ...0524 Transaction#: 15038591630 | 2,000.00 |
| 08/15 | Orig CO Name:Philadelphia Ame      Orig ID:1741952955 Desc Date:081522 CO Entry Descr:Prem Lsp  Sec:PPD    Trace#:021000022217431 Eed:220815   Ind ID: Ind Name:Keys Medical Staffing Trn: 2272217431Tc | 1,409.62 |
| 08/16 | Orig CO Name:Royal Neighbors       Orig ID:1000567000 Desc Date:220812 CO Entry Descr:Prem Debitsec:PPD    Trace#:021000026694647 Eed:220815   Ind ID: Ind Name:Theresa Jones Trn: 2276694647Tc | 224.03 |
| 08/16 | Orig CO Name:United of Omaha       Orig ID:1470322122 Desc Date:220815 CO Entry Descr: Ins Prem Sec:PPD    Trace#:104000012658441 Eed:220815   Ind ID:              Ind Name:Christy Collins Trn: 2272658441Tc | 182.09 |
| 08/16 | Orig CO Name:Royal Neighbors       Orig ID:1000567000 Desc Date:220812 CO Entry Descr:Prem Debitsec:PPD    Trace#:021000026694646 Eed:220815   Ind ID: Ind Name:Christy Collins Trn: 2276694646Tc | 174.44 |
| 08/17 | Orig CO Name:Wells Fargo Auto      Orig ID:0122287170 Desc Date:220817 CO Entry Descr:Draft      Sec:PPD    Trace#:091000016517120 Eed:220817   Ind ID: Ind Name:Dectric,D,Fletcher Trn: 2296517120Tc | 1,043.56 |
| 08/17 | Orig CO Name:Gusto                 Orig ID:9138864002 Desc Date:220817 CO Entry Descr:Bbv 601065Sec:CCD    Trace#:021000027163220 Eed:220817   Ind ID:6Semjsc2A88 Ind Name:Keys Medical Staffing | 0.10 |
| 08/17 | Orig CO Name:Gusto                 Orig ID:9138864002 Desc Date:220817 CO Entry Descr:Bbv 601065Sec:CCD    Trace#:021000027163218 Eed:220817   Ind ID:6Semjsc2A4A Ind Name:Keys Medical Staffing | 0.06 |
| 08/17 | Orig CO Name:Leadbankselflend      Orig ID:6440255510 Desc Date:       CO Entry Descr:Cc Pmt   Sec:PPD    Trace#:101206102806172 Eed:220816   Ind ID:               Ind Name:Christy Collins Trn: 2282806172Tc | 500.00 |
| 08/18 | Orig CO Name:Phila Ins CO          Orig ID:2316092819 Desc Date:170822 CO Entry Descr:Ins IN    Sec:CCD    Trace#:091000012545953 Eed:220818   Ind ID:84140608              Ind Name:84140608 Trn: 2302545953Tc | 5,267.25 |
| 08/18 | 08/18 Online ACH Payment 5348787327 To Charlesnorman (_########6114) | 1,604.21 |
| 08/18 | 08/18 Online ACH Payment 5348790719 To Geriacrocker (_#####0351) | 1,104.00 |
| 08/18 | 08/18 Online ACH Payment 5348789785 To Elainetakagi (_########5645) | 910.00 |
| 08/18 | 08/18 Online ACH Payment 5348789780 To Jennalesure (_#####6772) | 900.00 |
| 08/18 | 08/18 Online ACH Payment 5348789778 To Mariajimenezws (_########4921) | 840.00 |
| 08/18 | 08/18 Online ACH Payment 5348787517 To Colleenlilly (_######8573) | 832.00 |
| 08/18 | 08/18 Online ACH Payment 5348789784 To Mckeltigoodrich (_#6653) | 600.60 |
| 08/18 | 08/18 Online ACH Payment 5348789781 To Gailsimon (_######1201) | 560.00 |
| 08/18 | 08/18 Online ACH Payment 5348789779 To Mickaylaclark (_#####1206) | 539.00 |
| 08/18 | 08/18 Online ACH Payment 5348789783 To Jordanpamon (_#####6319) | 431.20 |
| 08/18 | 08/18 Online ACH Payment 5348926738 To Alexandriajones (_#####2654) | 1,120.00 |
| 08/18 | Orig CO Name:Manhattanlife         Orig ID:420884060P Desc Date:220816 CO Entry Descr:Ins. Tran.Sec:PPD    Trace#:091000016559683 Eed:220817   Ind ID: Ind Name:X Trn: 2296559683Tc | 205.37 |





July 30, 2022 through August 31, 2022

Account Number: 6959

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | 08/19 Online Realtime Vendor Payment 5349107419 Payment ID Reference#: 5349107419Rx To Tavia David 8024 | 539.00 |
| 08/19 | Zelle Payment To Chandra Jpm999F97Uy1 | 595.00 |
| 08/19 | 08/19 Online Transfer To Chk ...8994 Transaction#: 15091783302 | 2,000.00 |
| 08/19 | Zelle Payment To Dectric Fletcher 15091790320 | 867.13 |
| 08/19 | 08/19 Online Transfer To Chk ...0524 Transaction#: 15092263618 | 2,000.00 |
| 08/19 | 08/19 Online Transfer To Chk ...0524 Transaction#: 15092286083 | 95.00 |
| 08/22 | Orig CO Name:Bridgecrest      Orig ID:2860677984 Desc Date:220820 CO Entry Descr:Dt Retail Sec:PPD   Trace#:091000014771723 Eed:220822  Ind ID:           Ind Name:Theresa Jones Trn: 2344771723Tc | 1,143.00 |
| 08/22 | Orig CO Name:*Lincoln Natlife     Orig ID:3504728231 Desc Date:    CO Entry Descr:Prempaymntsec:PPD   Trace#:091000016968772 Eed:220819   Ind ID: Ind Name:Christy Collins Trn: 2316968772Tc | 91.46 |
| 08/22 | Orig CO Name:Comed        Orig ID:2360938600 Desc Date:    CO Entry Descr:UTIL_Bil Sec:PPD   Trace#:091000019137329 Eed:220819   Ind ID: Ind Name:Theresa Jones Trn: 2319137329Tc | 52.42 |
| **Total Electronic Withdrawals** | | **$55,019.31** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | 08/22 Transfer To Chk Xxxxx3385 | $30,811.10 |
| **Total Other Withdrawals** | | **$30,811.10** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Service Charges For The Month of July | $154.95 |
| **Total Fees** | | **$154.95** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | $49,468.25 | 08/09 | 45,382.43 | 08/16 | 48,714.50 |
| 08/02 | 48,752.12 | 08/10 | 44,578.19 | 08/17 | 47,164.94 |
| 08/03 | 48,587.17 | 08/11 | 44,218.48 | 08/18 | 31,762.14 |
| 08/04 | 41,530.04 | 08/12 | 51,168.13 | 08/19 | 31,979.05 |
| 08/05 | 46,581.57 | 08/15 | 49,421.63 | 08/22 | -143.88 |
| 08/08 | 45,399.74 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $60.40 |
| **Total Service Charges** | **$60.40**  Will be assessed on 9/6/22 |



July 30, 2022 through August 31, 2022

Account Number: ▆▆▆▆▆▆▆▆6959

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 5 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 62 | 500 | 0 | $0.40 | $0.00 |
| **Non-Electronic Transactions** | | | | | |
| Rtp/Same Day-Low Value | 1,040 | 0 | 1,040 | $0.01 | $10.40 |
| **Other Service Charges:** | | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 2 | 0 | 2 | $25.00 | $50.00 |
| **Subtotal Other Service Charges (Will be assessed on 9/6/22)** | | | | | **$60.40** |

**ACCOUNT** 000000897096959

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 5 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 62 | | | | |
| **Non-Electronic Transactions** | | | | | |
| Rtp/Same Day-Low Value | 1,040 | | | | |
| **Other Service Charges:** | | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 2 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 22, 2022 through August 31, 2022

Account Number: ▇▇▇▇▇▇3385

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00015275 DRE 021 142 24622 NNNNNNNNNNN T 1 000000000 D 4 0000
KEYS MEDICAL STAFFING LLC
DEBTOR IN POSSESION CASE- #22-20573
PO BOX 10612
CHICAGO IL 60610-0537

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 4 | 48,266.88 |
| Electronic Withdrawals | 21 | -17,172.23 |
| Ending Balance | 25 | $31,094.65 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | Transfer From Chk Xxxxx6959 | $30,811.10 |
| 08/25 | Orig CO Name:Gusto    Orig ID:9138864003 Desc Date:220825 CO Entry Descr:Acctverifysec:CCD    Trace#:021000028058797 Eed:220825   Ind ID:6Semjsdfb8H Ind Name:Keys Medical Staffing | 0.15 |
| 08/25 | Orig CO Name:Gusto    Orig ID:9138864003 Desc Date:220825 CO Entry Descr:Acctverifysec:CCD    Trace#:021000028058796 Eed:220825   Ind ID:6Semjsdfb79 Ind Name:Keys Medical Staffing | 0.07 |
| 08/26 | Orig CO Name:Soliant Health,    Orig ID:2581970270 Desc Date:220825 CO Entry Descr:Paymentjnlsec:PPD   Trace#:091000019821882 Eed:220826   Ind ID: Ind Name:0   Keys Medical Staff Trn: 2389821882Tc | 17,455.56 |
| **Total Deposits and Additions** | | **$48,266.88** |

Page 1 of 4



August 22, 2022 through August 31, 2022

Account Number: 3385

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/25 | Orig CO Name:Gusto         Orig ID:9138864002 Desc Date:220825 CO Entry Descr:Acctverifysec:CCD    Trace#:021000028347342 Eed:220825   Ind ID:6Semjsdfb98 Ind Name:Keys Medical Staffing | $0.15 |
| 08/25 | Orig CO Name:Gusto         Orig ID:9138864002 Desc Date:220825 CO Entry Descr:Acctverifysec:CCD    Trace#:021000028347341 Eed:220825   Ind ID:6Semjsdfb7M Ind Name:Keys Medical Staffing | 0.07 |
| 08/25 | 08/25 Online ACH Payment 5349683478 To Charlesnorman (_########6114) | 1,658.28 |
| 08/25 | 08/25 Online ACH Payment 5349695304 To Alexandriajones (_######2654) | 1,120.00 |
| 08/25 | 08/25 Online ACH Payment 5349695002 To Geriacrocker (_####0351) | 1,120.00 |
| 08/25 | 08/25 Online ACH Payment 5349692703 To Colleenlilly (_######8573) | 1,040.00 |
| 08/25 | 08/25 Online ACH Payment 5349692148 To Elainetakagi (_#########5645) | 910.00 |
| 08/25 | 08/25 Online ACH Payment 5349695790 To Mariajimenezws (_########4921) | 672.00 |
| 08/25 | 08/25 Online ACH Payment 5349698083 To Lakeashiabishop (_#######0913) | 672.00 |
| 08/25 | 08/25 Online ACH Payment 5349691638 To Mckeltigoodrich (_#6653) | 600.60 |
| 08/25 | 08/25 Online ACH Payment 5349687509 To Jennalesure (_#####6772) | 588.00 |
| 08/25 | 08/25 Online ACH Payment 5349694826 To Gailsimon (_######1201) | 544.00 |
| 08/25 | 08/25 Online ACH Payment 5349693582 To Jordanpamon (_#####6319) | 539.00 |
| 08/25 | 08/25 Online ACH Payment 5349693008 To Mickaylaclark (_#####1206) | 539.00 |
| 08/25 | 08/25 Online ACH Payment 5349694563 To Taviadavid (_#####8024) | 539.00 |
| 08/26 | 08/26 Same-Day ACH Payment 5349989186 To Mariajimenezws (_########4921) | 168.00 |
| 08/26 | Zelle Payment To Chandra Jpm999Fhgz4L | 595.00 |
| 08/26 | Zelle Payment To Dectric Fletcher 15141165755 | 867.13 |
| 08/26 | 08/26 Online Transfer To Chk ...8994 Transaction#: 15141174057 | 2,000.00 |
| 08/29 | 08/27 Online Transfer To Chk ...0524 Transaction#: 15147720974 | 2,000.00 |
| 08/30 | 08/30 Online Transfer To Chk ...0524 Transaction#: 15169645571 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$17,172.23** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---:|
| 08/22 | $30,811.10 |
| 08/25 | 20,269.22 |
| 08/26 | 34,094.65 |
| 08/29 | 32,094.65 |
| 08/30 | 31,094.65 |

## SERVICE CHARGE SUMMARY

| | |
|---|---:|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



August 22, 2022 through August 31, 2022

Account Number: 3385

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 4 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** 000000886393385

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 4 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE**

August 22, 2022 through August 31, 2022

Account Number: 3385

This Page Intentionally Left Blank

Funds held in Trust by RLKG

| Date | Amount | Note |
|---|---|---|
| 7/6/2022 | $ 43,008.44 | |
| 7/7/2022 | $ 4,700.85 | |
| 7/8/2022 | $ (27,184.73) | to Debtor's operating account |
| 7/15/2022 | $ (10,000.00) | to Debtor's operating account |
| 7/20/2022 | $ 353,625.64 | |
| 7/21/2022 | $ (21,306.77) | to Debtor's operating account |
| 7/22/2022 | $ (16,000.00) | AP payment to Loan Oak |
| 7/22/2022 | $ (5,000.00) | Sub V Trustee escrow |
| 7/24/2022 | $ (16,000.00) | Debtor's attorney's fees escrow |

TOTAL held    $ 305,843.43